IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALEXANDER BREWER III                                                                                    PLAINTIFF

VS.                                                                        CIVIL ACTION NO.:   1:16-CV-192-SA-RP

CHROME DEPOSIT CORPORATION
d/b/a COLUMBUS ROLL SHOP                                                                          DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The above parties having appeared by and through their respective counsel and having announced that this case should be dismissed with prejudice, it is hereby ORDERED that this case be, and the same hereby is, dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

SO ORDERED on this the 29th day of May, 2018.

                                               /s/ Sharion Aycock
                                               UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

 /s/ Ron L. Woodruff
RON L. WOODRUFF, ESQ.
*Attorney for Plaintiff*

 /s/ Martin J. Regimbal
MARTIN J. REGIMBAL, ESQ.
*Attorney for Defendant*